NEDA FARAH S.B.N. 269819
FARAH LAW, P.C.
8383 Wilshire Blvd, Suite 510
Beverly Hills, CA 90211
310-666-3786 / 775-261-1726
neda@nedafarahlaw.com
Attorney for Plaintiff,
Pearl Young

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEARL YOUNG, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CLIENT SERVICES, INC.,<br><br>Defendant. | **Case No.: 5:20-cv-01741-GW-SP**<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Pearl Young ("Plaintiff") and Defendant Client Services, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: April 8, 2022 | FARAH LAW, P.C. |
| 2 | | By: /s/ *Neda Farah* |
| 3 | | Neda Farah, Esq.<br>Attorney for Plaintiff<br>PEARL YOUNG |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25