JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YOUNG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLIENT SERVICES, INC,<br><br>　　　　　Defendant. | Case No. EDCV 20-1741-GW-SPx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: June 13, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE